# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1402
Lower Tribunal No. 2022-CF-000885

_____

QUINTAVIS JAQUAN WILSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
John D.W. Beamer, Judge.

April 24, 2026

PER CURIAM.

AFFIRMED. *See State v. Simpson*, 414 So. 3d 291, 297 (Fla. 6th DCA 2025) ("We have no occasion to address [whether the smell of cannabis alone is sufficient to establish probable cause] because this case does not involve smell alone."); *State v. Fortin*, 383 So. 3d 820, 823-24 (Fla. 4th DCA 2024) ("In the instant case, we do not need to decide whether the smell of fresh marijuana alone gives an officer probable cause to search a vehicle, because in addition to the plain smell of fresh marijuana, the officer saw in plain view, . . . uncontained flakes of

marijuana."); *Lincoln v. State*, 398 So. 3d 1156, 1160 (Fla. 6th DCA 2024) ("Generally, to raise a claimed error on appeal, a litigant must object . . . when the alleged error occurs."); *Morrow v. State*, 397 So. 3d 1205, 1208 (Fla. 1st DCA 2024) ("Morrow did not preserve this argument by contemporaneous objection at the revocation hearing . . . .").

NARDELLA, SMITH and MIZE, JJ., concur.


Blair Allen, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Allison Leigh Morris, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED